Stephen Escondon Medina
CDC# E-63667
P.O. Box 5002
Calipatria, CA 92233



FILED

2008 MAY 20 PM 2: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ESCONDON MEDINA, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>CORRECTIONAL OFFICER CASTONE, )<br>CORRECTIONAL OFFICER R. HUESO, )<br>Defendants. )<br>_____ ) | MOTION FOR APPOINTMENT<br>OF COUNSEL<br>**'08 CV 0896 JLS RBB**<br>Civil Action No._____ |

Pursuant to 28 U.S.C. §1915(e)(1), Plaintiff moves for an order appointing counsel to represent him in this case.  In support of this motion, Plaintiff states:

1. Plaintiff is unable to afford counsel.  He has requested leave to proceed in forma pauperis.

2. Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation.  Plaintiff has limited access to the law library and limited knowledge of the law.  The facility Plaintiff is currently housed in doesn't have a law library, and it typically takes weeks to attend the law library in the facility that has one.

3. A trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross-examine witnesses.

4. Plaintiff has made repeated efforts to obtain a lawyer by forwarding letters (and follow-up letters) explaining this case and requesting assistance to the following lawyers:

       ** Charles Carbone, Esq.
         PMB 212
         3128 16th Street
         San Francisco, CA  94103

Page 1.



MOTION FOR APPOINTMENT OF COUNSEL
Page 2.

           ** Andrew J. Schatkin, Esq.
              350 Jericho Turnpike
              Jericho, NY  11753

           ** Donald Specter, Esq.
              Prison Law Office
              General Delivery
              San Quentin, CA  94964

To date, Plaintiff has not received a response from any of the above-noted lawyers.

5. Plaintiff declares under penalties of perjury that his answers to the foregoing questions are true to the best of his knowledge.

6. Plaintiff understands that if he is assigned a lawyer and his lawyer learns, either from Plaintiff or elsewhere, that Plaintiff can afford a lawyer, the lawyer may give this information to the court.

7. Plaintiff understands that if his answers on his application to proceed in Forma Pauperis are false, Plaintiff's case can be dismissed.

8. Plaintiff understands that making this motion does not excuse him litigating his case, and that it is still his responsibility to have the defendants served with a summons and complaint, if he has not already done so.

WHEREFORE, Plaintiff requests that this Court orders appointment of counsel to represent him in this case.


Dated: *5-18-08*


*Stephen Medina* (signature)
Stephen Escondon Medina
Plaintiff/Movant
CDC# E-63667
P.O. Box 5002
Calipatria, CA  92233