# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**FILED**
JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| STEPHEN ESCONDON MEDINA | 08cv0896 JLS (RBB) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| CORRECTIONAL OFFICER CASTONE | 42 U.S.C. 1983 |

**SERVE →**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
CORRECTIONAL OFFICER CASTONE; CALIPATRIA STATE PRISON

**AT**

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
7018 BLAIR ROAD, P.O. BOX 5002, CALIPATRIA, CALIFORNIA 92233

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

STEPHEN ESCONDON MEDINA
CDC# E-63667
CALIPATRIA STATE PRISON
P.O. BOX 5002
CALIPATRIA, CALIFORNIA 92233

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

DEFENDANT CASTONE IS A CORRECTIONAL OFFICER OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS, WHO IS CURRENTLY ASSIGNED TO CALIPATRIA STATE PRISON. ON JULY 18, 2007, THIS OFFICER TRANSPORTED PLAINTIFF TO ALVARADO HOSPITAL MEDICAL CENTER. THIS DEFENDANT HELD THE POSITION OF "SEARCH AND ESCORT" ON JULY 18, 2007. THE TELEPHONE NUMBER FOR CALIPATRIA STATE PRISON IS: (760) 348-7000.

Signature of Attorney or other Originator requesting service on behalf of: *Stephen Medina*  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 
DATE: 6-15-08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 98 | 98 | *A Scott* | 6/18/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 6/18/08 - mailed S/C
7/17/08 - Rec'd waiver of service of A Returned unexecuted.
Per Lit coordinator dft never was employed at Calipatria

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)