1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
5  TIFFANY R. HIXSON, State Bar No. 237309
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2615
    Fax: (619) 645-2581
9   Email: Tiffany.Hixson@doj.ca.gov

10 Attorneys for Defendants R. Hueso

11

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | STEPHEN ESCONDON MEDINA,            | Case No.: 08CV0896 JLS (RBB)

16 |                          Plaintiff,  | NOTICE OF MOTION AND
                                          | DEFENDANT'S MOTION TO
17 |        v.                            | DISMISS

18 | R. HUESO,                            | Hearing:    September 15, 2008
                                          | Time:       10:00 a.m.
19 |                          Defendants. | Courtroom:  B
                                          | Judge:      The Honorable Ruben B.
20                                        |             Brooks

21                                          [No Oral Argument Requested]

22         TO PLAINTIFF STEPHEN EDCONDON MEDINA, APPEARING IN PRO PER:

23         **PLEASE TAKE NOTICE** that Defendant R. Hueso moves to dismiss the Complaint

24 against him. No oral argument is requested because Plaintiff is a prison inmate proceeding in pro

25 per.

26         Defendant moves to dismiss on the ground that Plaintiff failed to exhaust his

27 administrative remedies.

28 ///

1 | This motion is based upon this notice of motion, the memorandum of points and authorities, the declarations of T. Emigh, D. Bell, and the complete record and file in this matter.

Dated: August 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

MICHELLE DES JARDINS
Supervising Deputy Attorney General

s/Tiffany R. Hixson

TIFFANY R. HIXSON
Deputy Attorney General
Attorneys for Defendants R. Hueso

70132589.wpd
SD2008700629

Notice of Motion and Defendant's Motion to Dismiss                    Case No. 08CV0896 JLS RBB

2

1 **DECLARATION OF SERVICE BY U.S. MAIL**

2 Case Name:   Medina, Stephen Escondon v. R. Hueso, et al.

3 No.:   **08CV0896 JLS RBB**

4 I declare:

5 I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA  92186-5266.

On <u>August 12, 2008,</u> I served the attached **NOTICE OF MOTION AND DEFENDANT'S MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Stephen Escondon Medina
E-63667
Calipatria State Prison
P. O. Box 5005
7018 Blair Road
Calipatria, CA  92233-5005

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 12, 2008, at San Diego, California.

D. Daswani                                                          /s/
_____     _____
            Declarant                                                         Signature

70133317.wpd