1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  MICHELLE DES JARDINS
   Supervising Deputy Attorney General
5  TIFFANY R. HIXSON, State Bar No. 237309
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2615
    Fax: (619) 645-2581
9   Email: Tiffany.Hixson@doj.ca.gov

10 Attorneys for Defendant R. Hueso

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ESCONDON MEDINA,<br><br>                            Plaintiff,<br><br>  v.<br><br>R. HUESO,<br><br>                            Defendants. | Case No.: 08 CV 0896 JLS (RBB)<br><br>**DECLARATION OF T. EMIGH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT**<br><br>Hearing:     September 15, 2008<br>Time:         10:00 a.m.<br>Courtroom: B<br>Judge:        The Honorable Ruben B. Brooks |

I, T. Emigh, declare as follows:

1. I make the following declaration of facts based on my own knowledge and, if called, can testify competently thereto.

2. I have worked for the California Department of Corrections and Rehabilitation (CDCR) for 21 years and am currently employed by CDCR as the Assistant Chief of Inmate Appeals Branch, Sacramento, California which receives all inmate appeals submitted to the Third or highest level. I have personal knowledge of the facts contained herein, and, if called to testify,

Decl. of T. Emigh in Support of Def.'s Mot. to Dismiss the Compl.                Case No. 08CV0896 JLS RBB

1

1  I could and would competently testify thereto.

2      3.    CDCR has a comprehensive administrative appeals system for prisoner
3  complaints, described in title 15 of the California Code of Regulations, section 3084, et seq.
4  California Code of Regulations title 15, section 3084.1(a) provides that inmates may appeal any
5  departmental decision, action, condition, or policy which they can reasonably demonstrate as
6  having an adverse effect upon their welfare.  In order to exhaust this process, the inmate must
7  complete four levels of appeal: (1) attempted informal resolution; (2) first formal level appeal;
8  (3) second formal level appeal to the institution head or designee; and (4) third level appeal to the
9  Director of Corrections.

10      4.    Final review and decision by the Inmate Appeals Branch, also known as the
11  "Director's Level" or "Third Level" appeal, concludes the inmate's administrative remedy
12  process.  All inmate appeals accepted by the Inmate Appeals Branch for Third Level review are
13  processed through my office.

14      5.    Upon receipt, all Third Level appeals are logged into a computer database.  The
15  computer database tracks all properly filed inmate appeals received since 1993, which are then
16  accepted by the Inmate Appeals Branch and adjudicated at the Third Level.  A tracking system
17  for appeals *rejected* by the Office of the Inmate Appeals Branch was also established in August
18  of 2000.

19      6.    I am personally familiar with the record keeping system at the Inmate Appeals
20  Branch, and I am able to verify the status of a California inmate's Third Level administrative
21  appeal.

22      7.    This Office received a request from the Office of the Attorney General to research
23  our system files to locate any and all Third Level Inmate Appeals that have been
24  accepted/screened out by Inmate STEPHEN MEDINA, CDCR No. E-63667.  A thorough search
25  by my staff of records kept in the ordinary course of business in the Office of the Inmate Appeals
26  Branch in Sacramento, California, revealed Inmate Medina filed two inmate appeals that were
27  received and either accepted or screened out at the Third level of review. The first, appeal IAB #
28  0509356 (Institution Log No. CCI-05-04091), was accepted for review on February 21, 2006,

Decl. of T. Emigh in Support of Def.'s Mot. to Dismiss the Compl.          Case No. 08CV0896 JLS RBB

1  and was denied on May 10, 2006. This appeal involved a property complaint. Because Plaintiff
2  received a response at the Third Level denying his appeal, this appeal is exhausted. The second
3  appeal # IAB # 0717720 (No Institutional Log No.), was received by my office on December 24,
4  2007. However, this appeal was *not* accepted for review and was screened out on February 1,
5  2008, because the appeal was either rejected, withdrawn, or canceled. This appeal involved a
6  complaint against staff. Because this appeal was not accepted for review at the Third Level of
7  Review, it is unexhausted.

8.  A true and accurate copy of the Inmate/Parolee Appeals Tracking System - Level III, for Inmate Medina, is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on August 7, 2008, at Sacramento, California.

_____
T. EMIGH, Assistant Chief, Inmate Appeals Branch

# EXHIBIT A

Inmate Appeals Branch

07/18/2008

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Inmate / Parolee Appeals Tracking System - Level III

### Appellant Appeal History

**CDCR Number: E63667**

Sorted By: CDCR Number

| CDCR Number | Appellant Name | Location | Arrival Date | Alerts (Type, Start, End) | | Special Needs | | |
|---|---|---|---|---|---|---|---|---|
| E63667 | MEDINA, STEPHEN | CAL | 08/10/2006 | | | | | |

**Accepted Appeals**

| IAB Number | Issue | Issue Subcategory | Accepted Date | Inst. Log Number | Due Date | Closed Date | Disposition |
|---|---|---|---|---|---|---|---|
| 0509356 | PROPERTY | Prior to subcategory | 02/21/2006 | CCI-05-04091 | 05/17/2006 | 05/10/2006 | DENIED |

**Screen Outs**

| IAB Number | Issue | Issue Subcategory | Received Date | Inst. Log Number | Screened Out | Response Due | Reason |
|---|---|---|---|---|---|---|---|
| 0717720 | STAFF COMPLAINTS | | 12/24/2007 | | 02/01/2008 | | APPEAL REJECTED/WITHDRAWN/CAN |

Page: 1

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Medina, Stephen Escondon v. R. Hueso, et al.

No.:   08CV0896 JLS RBB

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On August 12, 2008, I served the attached **DECLARATION OF T. EMIGH IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Stephen Escondon Medina
E-63667
Calipatria State Prison
P. O. Box 5005
7018 Blair Road
Calipatria, CA 92233-5005

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 12, 2008, at San Diego, California.

D. Daswani
Declarant

Signature

70133318.wpd