UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ESCONDON MEDINA, | Civil No. 08cv0896 JLS(RBB) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT [DOC. NO. 9] |
| v. | |
| R. HUESO, Correctional Officer; CASTONE, Correctional Officer, | |
| Defendants. | |

Plaintiff has submitted a Motion for Extension to Time to Serve Summons and Complaint on Defendant [doc. no. 9], which was filed _nunc pro tunc_ to July 30, 2008.  Medina requests an extension to time to effect service on Defendant Castone.  Plaintiff completed a U.S. Marshal Form 285 directing the U.S. Marshal to serve the summons and Complaint on Defendant Castone at Calipatria State Prison, where Plaintiff believed he was employed.  (_See_ doc. no. 6.)  Medina received notice on July 22, 2008, that service was not executed because Defendant Castone has never been employed at Calipatria.  (Mot. for Extension 3.)  He has thus far been unable to locate Castone for service.  (_Id._)

1  Federal Rule of Civil Procedure 4(m) provides that a plaintiff
2 must effect service of the summons and complaint within 120 days of
3 the filing of the complaint.  Fed. R. Civ. P. 4(m).  The Court must
4 grant an extension of time if the plaintiff shows good cause for
5 his failure to effect service in that time period, and the Court
6 has discretion to grant an extension even in the absence of good
7 cause.  <u>Efaw v. Williams</u>, 473 F.3d 1038, 1040 (9th Cir. 2007)
8 (citing <u>Mann v. Am. Airlines</u>, 324 F.3d 1088, 1090 n.2 (9th Cir.
9 2003)).  Here, Plaintiff has shown that he tried diligently to
10 serve Defendant Castone within Rule 4(m)'s time limitation, but he
11 has not been able to properly effect service.  Because Medina has
12 established good cause for an extension, the Court **GRANTS** his
13 Motion for Extension of Time to Serve Summons and Complaint.
14 Plaintiff shall serve Defendant Castone on or before **October 17,**
15 **2008**.

16  **IT IS SO ORDERED.**

17
18 Dated:  August 18, 2008                  _____
19                                          Ruben B. Brooks
                                            United States Magistrate Judge

20 cc:  Judge Sammartino
      All Parties of Record