# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OFCALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG 27 PM 4:21
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: RM DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE  Brooks
FROM: R. Mullin, Deputy Clerk    RECEIVED DATE: 8/22/2008
CASE NO.: 08cv0896 JLS (RBB)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Medina v. Hueso, et al
DOCUMENT ENTITLED: Ex Parte Motion for Extension of Time to Serve Summons...

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| X | 7.1 or 47.1 | **Lacking memorandum of points and authorities in support as a separate document** |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☑ | | OTHER: This duplicates request made in motion filed on August 12, 2008, and granted on August 18, 2008. |

Date forwarded: 8/25/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: RBB

Dated: 8/27/2008    By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

Stephen Escondon Medina
CDC# E-63667
P.O. Box 5002
Calipatria State Prison
Calipatria, CA  92233

Incarcerated Prisoner Proceeding
In Pro Per

**REJECTED**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ESCONDON MEDINA,<br>         Plaintiff,<br>v.<br>CORRECTIONAL OFFICER<br>R. HUESO, et al.,<br>         Defendants. | CASE NO.:08-CV-0896 JLS RBB<br><br>NOTICE OF MOTION; EX PARTE MOTION FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that on _____, 2008, at _____ in Courtroom _____ of the U.S. District Court, Southern District of California Courthouse, Plaintiff Stephen Escondon Medina will bring a motion for EXTENSION OF TIME TO SERVE DEFENDANT CASTONE WITH A SUMMONS AND COMPLAINT in the above-captioned case.  Plaintiff will move the court to grant an extension of time that the Court deems appropriate in order for Plaintiff to conduct discovery into the identity of Defendant Castone.  Plaintiff will move this Court for an extension in order to protect his right to serve Defendant Castone within the 120-day period pursuant to Local Rule 4.1(a).  Plaintiff submits this motion for decision by the Court without oral argument.

This motion is based on all papers filed and records in this action.

Dated: 8-17-08                          _____
                                         STEPHEN ESCONDON MEDINA
                                         PLAINTIFF/MOVANT