Stephen Escondon Medina
CDC# E-63667
P.O. Box 5002
Calipatria State Prison
Calipatria, CA 92233

Incarcerated Prisoner
Proceeding In Pro Per

**FILED**
**NUNC PRO TUNC**  2008 AUG 27 PM 4: 22
**AUG 22 2008**
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ RM _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ESCONDON MEDINA,  )<br>        Plaintiff,     )<br>v.                         )<br>CORRECTIONAL OFFICER       )<br>R. HUESO, et al.,          )<br>        Defendants.     )<br>_____) | CASE NO.: 08-CV-0896 JLS RBB<br><br>NOTICE OF MOTION; MOTION FOR INITIAL DISCOVERY PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(b)(1) WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that on _____, 2008, at _____ in Courtroom _____ of the U.S. District Court, Southern District of California Courthouse, Plaintiff Stephen Escondon Medina will bring a motion for INITIAL DISCOVERY in the above-captioned case. Plaintiff will move this Court to order discovery in order that Defendant's employer -- Calipatria State Prison -- can provide the true identity of Defendant Castone. Plaintiff submits this motion for decision by the Court without oral argument.

This motion is based on all papers and records in this action.

Dated: 8-17-08

_Stephen E. Medina_
STEPHEN ESCONDON MEDINA
PLAINTIFF/MOVANT