## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

MEDINA v. CORRECTIONAL OFFICER R. HUESO, ET AL.          Case No. 08CV896 JLS(RBB)
                                                         **Time Spent:**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                              Rptr.

                                 Attorneys
        Plaintiffs                                    Defendants

PROCEEDINGS:  ____ In Chambers    ____ In Court    ____ Telephonic

Defendant filed a Motion to Dismiss [doc. no. 10] in this civil rights action on August 12, 2008. Plaintiff's opposition to the Motion is due September 1, 2008. Plaintiff filed a Motion for Initial Discovery [doc. no. 14].

The Court has reviewed the moving papers and concludes that both motions are suitable for resolution on the briefs, pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the motion hearing set for September 15, 2008, at 10:00 a.m. is vacated.

DATE: August 29, 2008            IT IS SO ORDERED:   *Ruben Brooks*
                                                    Ruben B. Brooks,
                                                    U.S. Magistrate Judge
cc:  Judge Sammartino                               INITIALS: VL (mg/irc) Deputy
     All Parties of Record