UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 SEP -4 AM 10:56
*Clerk's Office File Stamp*
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
Brooks

TO: ☐ U. S. DISTRICT JUDGE / ☑ U. S. MAGISTRATE JUDGE
FROM: L. Hammer, Deputy Clerk    RECEIVED DATE: 8/29/2008
CASE NO.: 08cv896 JLS (RBB)    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Medina v. Hueso, et al
DOCUMENT ENTITLED: Notice/Motion to Oppose Dismissal

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☑ | **7.1 or 47.1** | **Date noticed for hearing not in compliance with rules/Document(s) are not timely** |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☐ | | OTHER: |

Date forwarded: 9/2/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☑ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

Dated: 9/3/2008    CHAMBERS OF: RBB
By: [signature]
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]